688

World's Fair 1939 Inc., and *Messrs. Lowell Wadmond* and *Edward D. Robbins* for Swift & Co., respondents. ▮

No. 1146. DAVENPORT HOSIERY MILLS ET AL. *v.* FISHER, RECEIVER. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Vaughn Miller* for petitioners. *Mr. Phil B. Whitaker* for respondent. ▮

No. 1147. RATH ET AL. *v.* CROSBY. May 25, 1942. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Messrs. Joseph A. Padway* and *James A. Glenn* for petitioners. *Messrs. Welles K. Stanley* and *Harry E. Smoyer* for respondent. ▮

No. 1148. OCCIDENTAL LIFE INSURANCE Co. *v.* EILER. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. James C. Jones* and *James C. Jones, Jr.* for petitioner. *Mr. John V. Lee* for respondent. ▮

No. 1151. WARREN, ADMINISTRATRIX, *v.* HAINES, TRADING AS ANNADALE CREAMERY Co. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Richard J. Mackey* for petitioner. *Mr. Isidor Kalisch* for respondent. ▮

No. 1157. HELTON, ADMINISTRATOR, *v.* THOMPSON, TRUSTEE. May 25, 1942. Petition for writ of certiorari to the Appellate Court, First Division, of Illinois denied.